**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                    CASE NO.  3:08CR62 LAC

JASON BAKER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   AUGUST 28, 2008
Motion/Pleadings:  MOTION TO ALLOW ATTORNEY TO APPEAR FOR LIMITED APPEARANCE
Filed by  DEFENDANT   on 8/28/08   Doc.# 205

RESPONSES:

_____   on _____   Doc.# _____
_____   on _____   Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of August, 2008, that:*
*(a) The relief requested is **GRANTED**.*
*(b) _____*

*s/L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.